[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12506
Non-Argument Calendar
_____

D.C. Docket No. 8:18-cr-00327-SCB-AEP-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRYAN RESHAUN WRIGHT,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 5, 2020)

Before WILSON, LUCK and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).